# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
### Orlando Division

| | |
|---|---|
| **Donald R Lawson** | **Case Number: 6:13-bk-09527-CCJ** |
| **Vivian Kay Lawson** | **Chapter 13** |
| **Debtors** | |

### Report of Unclaimed Funds

COMES NOW, Laurie K. Weatherford, Trustee, and respectfully shows that, pursuant to orders dismissing cases, orders of conversion, and orders of distribution, as shown below, she has made distribution of all monies received. All checks have cleared with the exception of the following:

| Check Nbr. | Amount | Claimant Name & Address |
|---|---|---|
| 1342411 | $13,104.49 | Donald R Lawson & Vivian Kay Lawson, 37021 Forestdel Drive, Eustis, FL  32736 |
| 1342411 | $1,800.00 | Donald R Lawson & Vivian Kay Lawson, 37021 Forestdel Drive, Eustis, FL  32736 |

1. That the distribution mailed to the above-listed claimants at the address listed above has either been returned by the United States Postal Service marked "Forwarding Time Expired/Unable to Forward" or the Trustee has stopped payment on all outstanding checks.

2. Those checks which were undeliverable by the United States Postal Service are in the Trustee's files.

3. Pursuant to the provisions of 11 U.S.C., Section 347, these funds are now being turned over to the Court.

4. That the Trustee has attached hereto funds totaling $14,904.49 for this case, which is

payable to Clerk, U.S. Bankruptcy Court/Court Registry.

    5.   That the Claimant which is entitled to these funds is listed above at their address as listed in the Court's records.

    6.   A copy of this notice and the original check has been sent to the U.S. Bankruptcy Court, c/o Financial Administrator, 801 North Florida Ave., Suite 727, Tampa, FL  33602-3899.

    Respectfully submitted on this 16th day of September, 2014.

/S/ **Laurie K. Weatherford**
Chapter 13 Trustee
Stuart Ferderer
FL Bar No. 0746967
Wayne Spivak
FL Bar No. 38191
Attorneys for Trustee
PO Box 3450
Winter Park, FL  32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
E-mail: info@c13orl.com